# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JAKE S. b/n/f BRENDA S.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | C.A. NO.: 4:21-CV-00208 |
| § | |
| **HEMPSTEAD INDEPENDENT SCHOOL** § | |
| **DISTRICT & BRENDA MARINO,** § | |
| **Individually and in Her Official Capacity** § | |
| § | |
| **Defendants,** § | |

## PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE BRIEFING SCHEDULE

_____TO THE HONORABLE UNITED STATES JUDGE:

Plaintiffs Jake S. b/n/f Brenda S. file this Unopposed Motion to Continue Briefing Schedule, and would show the court as follows:

On May 10, 2021 Plaintiff's counsel conferred with C. Corey Rush, counsel for Hempstead ISD. Plaintiff requested to reset the briefing deadline for Plaintiff's Response to Defendant Hempstead ISD's 12 (b)(6) Motion to Dismiss from its current date of May 10, 2021 to May 17, 2021, and Defendants' counsel was unopposed. In support of this motion Plaintiffs would show that their retained counsel needs additional time to research and draft a response to the above referenced motion, and that this request is made in the interest of justice and not for purposes of delay. Plaintiff requests that the court sign the attached order, continuing the briefing schedule.

Respectfully submitted,
/s/ Jordan McKnight

Jordan McKnight
SBN: 24075586
P.O. Box 664
Little Elm, Texas 75068
Tel:  (903) 271-4696
Fax:  (972) 408-3432
jordanmcknightlaw@gmail.com
*ATTORNEY FOR PETITIONERS*

## **CERTIFICATE OF CONFERENCE**

_____I certify that on May 10, 2021, I conferred with Defendants' counsel C. Corey Rush, and said counsel was unopposed to the foregoing motion.

/s/ Jordan McKnight
Jordan McKnight

## **CERTIFICATE OF SERVICE**

I certify that on May 10, 2021 a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic case filing (ECF) system.

/s/ Jordan McKnight
Jordan McKnight